FILED IN CHAMBEI
U.S ⌐ ⌐ Rome

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

MAY 2 4 2011

JAMES N. ⌐⌐⌐ . . ⌐N, Clerk
By: _____
Deputy Cle

UNITED STATES OF AMERICA,

v.

JAIMIE LUIS ESTRADA-MONZON,

Defendant.

CRIMINAL ACTION

NO. 4:10-CR-53

## O R D E R

After carefully considering the two reports and recommendations of the magistrate judge dated April 25, 2011, , the court receives them with approval and adopts them as the opinions and orders of this court.

SO ORDERED, this *24th* day of May, 2011.

ROBERT L. VINING, JR.
Senior United States District Judge